IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | ) ) ) | CV. NO. 10-00007 ACK-BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| RASOUL ABDOL ESFANDIARI, EFRAM P. MILLER aka EPHRAM MILLER, | ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all

parties on September 13, 2010 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order

Granting Defendant Efram P. Miller Aka Ephram Miller's Motion to Set Aside  the

Entry of Default and Denying Defendant Efram P. Miller Aka Ephram  Miller's

Motion for Court Order Directing Facility "D" Librarian to

Allow Photocopying of Legal Documents; Findings and Recommendation to  Deny

Defendant/Crossclaimant Rasoul Abdol Esfandiari's Motion for Default  Judgment

Against Defendant Efram P. Miller Aka Ephram Miller" are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, September 30, 2010.



_____
Alan C. Kay
Sr. United States District Judge