IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | ) ) ) | CIV. NO. 10-00007 ACK-BMK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RASOUL ABDOL ESFANDIARI; EFRAM P. MILLER aka EPHRAM MILLER, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 8, 2010 and November 9, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Plaintiff New York Life Insurance and Annuity Corporation's Motion for Determination of Reasonable Attorneys' Fees and Costs Be Granted in Part and Denied in Part" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, November 29, 2010.



_____
Alan C. Kay
Sr. United States District Judge